UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>TUSTUJI MATU WAKAUWN,<br><br>           Defendant. | No. CR-07-6031-FVS<br><br>ORDER GRANTING JUDGMENT OF ACQUITTAL<br><br>**ACTION REQUIRED BY UNITED STATES MARSHALS SERVICE** |

**THIS MATTER** having come before the Court on February 8, 2008; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion for judgment of acquittal (**Ct. Rec. 93**) is granted for the reasons indicated by the Court during the course of the hearing.

2. The defendant is released from federal custody.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the United States Marshals Service and to counsel for the parties.

**DATED** this ___8th___ day of February, 2008.

                                        s/ Fred Van Sickle
                                          Fred Van Sickle
                                 United States District Judge